UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD CHARLES SPEIRS,<br><br>            Petitioner,<br><br>    vs.<br><br>JEFFREY A. UTTECH,<br><br>            Respondent. | NO. CV-06-246-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON |

Magistrate Judge Imbrogno filed a Report and Recommendation on October 2, 2006, recommending Mr. Speirs's action be transferred to the Western District of Washington, as he is challenging a sentence out of Island County.  There being no objections, the court **ADOPTS** the Report and Recommendation and directs this action be transferred to the United States Court for the Western District of Washington pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406.

**IT IS SO ORDERED.**  The District Court Executive shall enter this Order, send a copy of this Order to Plaintiff, and forward the file, along with a copy of this Order to the Clerk of Court, United States District Court for the Western District of Washington, and close

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 1

the file. The court notes no determination was made regarding *in forma pauperis* status.

    **DATED** this  23rd  day of October 2006.

                   s/ Fred Van Sickle
                   FRED VAN SICKLE
           UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 2